

```
                                              FILED
                                         IN CLERK'S OFFICE
                                       US DISTRICT COURT E.D.N.Y

                                       ★   NOV 16 2018   ★

                                           BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 1:18-cv-04520-ARR-RML

KHATUNA KORIDZE on behalf of herself and all other similarly situated consumers

        Plaintiff,

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

-against-

ALLIED INTERSTATE LLC

        Defendant.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       November 14, 2018

                              /s/ Maxim Maximov
                              Maxim Maximov, Esq.
                              Maxim Maximov, LLP
                              Attorney for the Plaintiff
                              1701 Avenue P
                              Brooklyn, New York 11229
                              Office: (718) 395-3459
                              Facsimile: (718) 408-9570
                              E-mail: m@maximovlaw.com

So ordered.    s/ ARR    USDJ